UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| GARY BERRY, | ) | CASE NO. 1:21-cv-00044 |
| | ) | |
| Plaintiff, | ) | JUDGE TIMOTHY S. BLACK |
| | ) | |
| v. | ) | |
| | ) | |
| THE KROGER CO., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of all claims in this action, with prejudice. The Parties shall bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/Faith Whittaker | /s/Matthew G. Bruce |
| Faith Whittaker (0082486) | Matthew G. Bruce (0083769) |
| Jon Kelly (0095738) | Evan R. McFarland (0096953) |
| DINSMORE AND SHOHL, LLP | THE SPITZ LAW FIRM, LLC |
| 255 E 5th St #1900 | Spectrum Office Tower |
| Cincinnati, OH 45202 | 11260 Chester Road, Suite 825 |
| T: (513) 977-8200 | Cincinnati, OH 45246 |
| F: (513) 977-8141 | Email: matthew.bruce@spitzlawfirm.com |
| faith.whittaker@dinsmore.com | |
| jon.kelly@dinsmore.com | *Attorneys for Plaintiff* |
| | |
| *Attorneys for Defendant* | |